**Order entered May 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00201-CV

**RICHARD RALEY AND RALEY HOLDINGS, LLC, Appellants**

**V.**

**DANIEL K. HAGOOD, P.C. AND FITZPATRICK HAGOOD SMITH & UHL, LLP, Appellees**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-17-00390-B**

## ORDER

Before the Court is court reporter Robin N. Washington's May 20, 2019 request for an extension of time to file the record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than June 20, 2019.

/s/     BILL WHITEHILL
          JUSTICE